UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Daniel Perez,<br><br>               Plaintiff,<br>v.<br><br>Kathryn Grey et al.,<br><br>               Defendants. | No. 2:21-cv-00095-JLR-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's second Motion for Leave to Supplement is granted. Dkt. 30. As Plaintiff has failed to show a threat of irreparable harm, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (Dkt. 9) is denied.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

DATED this 3RD day of May, 2021

                                                James L. Robart
                                                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1