UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL PEREZ,<br><br>                Plaintiff,<br><br>    v.<br><br>KATHRYN GREY, et al.,<br><br>                Defendant. | CASE NO. 2:21-cv-00095-LK-DWC<br><br>ORDER GRANTING EXTENSION OF TIME |

      The District Court referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff is proceeding *pro se* and *in forma pauperis*. Currently pending before the Court is Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment. Dkt. 82.

      Defendants filed their Motion for Summary Judgment on December 23,2021 (Dkt. 76) and noted for January 21, 2022, making Plaintiff's Response due by January 17, 2022 since he is an e-filer. *See* Local Civil Rule (LCR) 7(d)(3). Plaintiff requests an additional three weeks to file his Response because the Monroe Correctional Complex where he is housed has been in

temporary quarantine due to recent COVID-19 outbreaks, limited movement and access to services. Dkt. 82 at 1-2; Dkt. 85 at 3.

The Court finds good cause to grant this extension. *See* LCR 6(b). Accordingly, Plaintiff's new Response deadline is February 7, 2022, and Defendants' Motion for Summary Judgment is hereby re-noted to February 18, 2022.

Dated this 14th day of January, 2022.

David W. Christel
United States Magistrate Judge