UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL PEREZ,<br><br>              Plaintiff,<br><br>    v.<br><br>KATHRYN GREY, et al.,<br><br>              Defendant. | CASE NO. 2:21-cv-00095-LK-DWC<br><br>ORDER |

      The District Court referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff is proceeding *pro se* and *in forma pauperis*. Currently pending before the Court is Plaintiff's Motion to file an Overlength response to Defendants' Motion for Summary Judgment (Dkt. 92), in which he seeks an additional eight pages (for a total of 32 pages) to respond to Defendants' pending Motion for Summary Judgment (Dkt. 76). In tandem with the pending motion, Plaintiff filed a Proposed Responsive Brief that is 46 pages in length, though the brief itself is 30 pages (Dkt. 93).

1   The Court grants Plaintiff's motion (Dkt. 92) and the Clerk is directed to indicate that
2   Plaintiff's Proposed Responsive Brief (Dkt. 93) is no longer "proposed." Defendants are
3   permitted to file a Reply of up to 15 pages in total length.
4
5   IT IS SO ORDERED.

    Dated this 3rd day of February, 2022.
6
7
8                                                       David W. Christel
                                                        United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24